IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**REX CARR,**

**Plaintiff,**

**v.**

**STEPHEN TILLERY, STEVEN KATZ,
and DOUGLAS R. SPRONG,**

**Defendants.**                                                   No. 07-cv-0314-DRH

### ORDER

**HERNDON, District Judge:**

  Now before the Court is Defendants' motion for enlargement of time (Doc. 8). Defendants move the Court for an extension of time to respond to Plaintiff's First Amended Complaint. Said motion is **GRANTED**. The Court **ALLOWS** Defendants up to and including August 6, 2007 to respond to the First Amended Complaint.

  **IT IS SO ORDERED.**

  Signed this 11th day of June, 2007.

                /s/  David RHerndon
                **United States District Judge**