IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REX CARR,

Plaintiff,

v.

STEPHEN TILLERY, STEVEN KATZ,
and DOUGLAS R. SPRONG,

Defendants.                                            No. 07-cv-0314-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's August 6, 2007 request for judicial notice in support of motion to dismiss and for sanctions pursuant to 28 U.S.C. § 1927 (Doc. 19). As of this date, Plaintiff has not responded to the request. Thus, pursuant to **Local Rule 7.1(g)**, the Court **GRANTS** the motion.

**IT IS SO ORDERED.**

Signed this 14th day of January, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Court**