IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**REX CARR,**

**Plaintiff,**

**v.**

**STEPHEN TILLERY, STEVEN KATZ,**
**and DOUGLAS R. SPRONG,**

**Defendants.**                                             No. 07-cv-0314-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 4, 2008, the Court allowed Carr leave to file a second amended complaint (Doc. 63). That same day, Carr filed his second amended complaint (Doc. 65). Therefore, the Court **DENIES as moot** Defendants' motion to dismiss and for sanctions pursuant to 28 U.S.C. § 1927 (Doc. 17).

**IT IS SO ORDERED.**

Signed this 5th day of February, 2008.

/s/ *David R Herndon*
Chief Judge
United States District Court