IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**REX CARR,**

**Plaintiff,**

**v.**

**STEPHEN TILLERY, STEVEN KATZ,
and DOUGLAS R. SPRONG,**

**Defendants.**                              No. 07-cv-0314-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendants' renewed motion for to stay discovery and initial disclosures (Doc. 75). Plaintiff opposes the motion (Doc. 82). Because of the issues presented in the motion to dismiss, the Court finds that a stay of discovery is prudent under the circumstances of this case. Therefore the Court **GRANTS** Defendants' motion. The Court **STAYS** discovery in this matter pending ruling on Defendants' motion to dismiss. Further, the Court **DENIES as moot** Defendants' September 21, 2007 motion to stay discovery and initial disclosures (Doc. 27).

**IT IS SO ORDERED.**

Signed this 14th day of April, 2008.

/s/    *David R Herndon*
Chief Judge
United States District Court