IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REX CARR,

Plaintiff,

v.

STEPHEN TILLERY, STEVEN KATZ,
and DOUGLAS R. SPRONG,

Defendants.                                        No. 07-cv-0314-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion for additional pages (Doc. 124). SDIL-LR 7.1(d) states, "**Requests for additional time and/or pages are not favored**" (emboldened in the original). The Plaintiff's motion effectively states that Defendants complied with the local rule in the length of their brief (See SDIL-LR 7.1(d)). Plaintiff does seem to take umbrage with the length of the footnotes that are part of the Defendants' brief. Upon examination of Defendants' brief, the footnotes do not seem unduly lengthy, out of place or intended to replace what would ordinarily be double-spaced text. The Plaintiff needs to comply with the rule as well.

The pending motion for additional pages is **DENIED** (Doc. 124).

**IT IS SO ORDERED.**

Signed this 10th day of September, 2008.

/s/   *David R Herndon*
Chief Judge
United States District Court