IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REX CARR,

    Plaintiff,

vs.                                    Case No. 3:07-cv-00314-DRH-DGW

STEPHEN TILLERY, STEVEN KATZ
and DOUGLAS R. SPRONG,

    Defendants.

ORDER

THE CAUSE COMES before the Court on Defendants' Motion to Dismiss citations to discover assets issued by this Court. (ECF No. 234).

IT IS HEREBY ORDERED that the Citations to Discover Assets issued to Horizon Cruises, LTD (ECF No. 184), The Rex Carr Corporation (ECF No. 185), Patricia Ryan Schmidt Interior Design LTD (ECF No. 186), Rex Carr (ECF No. 187), First Bank (ECF No. 188), Union Bank of Illinois (ECF No. 189), Bank of America (ECF No. 190), Central Bank of The Ozarks (ECF No. 191), Regions Bank (ECF No. 192), Associated Bank (ECF No. 193), Granite Investment Company (ECF No. 194), Frame Classics, LTD (ECF No. 195), Carlyle Yacht Club (ECF No. 196), Carlyle Limited Partnership (ECF No. 197), Beaver Investments, L.P. (ECF No. 198), Art Company London (ECF No. 199), Art Classics LTD (ECF No. 200), Art Classics LLC (ECF No. 201), Accentrix, Inc. (ECF No. 202), RC Holding Company (ECF No. 203), Bruce Carr (ECF No.204), Accent Area Rugs, LTD (ECF No. 205), Rex Carr Law Firm LLC (ECF No. 206), and International

Fuel Technology Inc (ECF No. 207), are DISMISSED thereby restoring Plaintiff's rights to any debts held by the Citation Respondents.

**IT IS SO ORDERED.**

Signed this 31st day of January, 2011.

David R. Herndon
2011.01.31
16:54:53 -06'00'

**Chief Judge**

**United States District Court**